AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| INV ACCELERATOR, LLC, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-02276-AJN |
| VESTED INTEREST CO. D/B/A GOLDBEAN, ET AL | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF INV ACCELERATOR, LLC,   .

Date:   03/20/2019

/s/Katelyn J. Patton
*Attorney's signature*

Katelyn J. Patton (KP 0427)
*Printed name and bar number*

Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, New York 10019

*Address*

kpatton@olshanlaw.com
*E-mail address*

(212) 451-2300
*Telephone number*

(212) 451-2222
*FAX number*