WESLEY M. MULLEN                                    MULLEN P.C.
                                                THE METLIFE BUILDING
                                          200 PARK AVENUE | SUITE 1700
                                                  NEW YORK, NY 10166

                                                          April 8, 2019

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

<u>VIA ECF</u>

    Re:  <u>INV Accelerator, LLC v. Vested Interest
              Co. et al.</u>, No. 1:19-cv-02276-AJN

Your Honor,

I represent Defendant Vested Interest Co.  Pursuant to Rules 1.C and 1.D of the Court's Individual Practices, I write to request an extension (on consent) of briefing deadlines on Plaintiff's motion for remand (ECF Doc. 12).

My client proposes the following briefing schedule:

        Opposition:     April 26, 2019

        Reply:          May 10, 2019

The original deadline for opposition papers is April 12, 2019 and the original deadline for reply is April 19, 2019 (Local Civil Rule 6.1).  There has been no previous request for extension of either date.

I conferred by email with Ms. Patton, counsel for Plaintiff, who consented to the requested extension.

I thank the Court for its consideration of this request.

Respectfully,

*/s/ Wesley M. Mullen*
Wesley M. Mullen

WMULLEN@MULLENPC.COM | (646) 632-3718