

# AARONSON RAPPAPORT
Aaronson Rappaport Feinstein & Deutsch, LLP

Robert J. Cecala
(212) 593-8484
rjcecala@arfdlaw.com

May 2, 2019

***Via ECF***

Honorable Alison J. Nathan
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
40 Foley Square
New York, NY 10007

Re: INV ACCELERATOR, LLC v. VESTED INTEREST COMPANY d/b/a GOLDBEAN and MX TECHNOLOGIES, INC.
Our File No: 8000.095
Index No.:   1:19-cv-02276-AJN

Dear Honorable Judge Nathan:

I represent defendant MX Technologies Inc. in the above matter.

As you are aware, on March 29, 2019, plaintiff filed a motion to remand this action to State Court and defendant Vested Interest Co. filed an opposition to plaintiff's motion for remand. Please note that we join our co-defendant's Vested Interest Co.'s Memorandum dated April 26, 2019.

For the purposes of brevity and judicial economy we adopt defendant's Vested Interest Co.'s arguments and exhibits, as their memorandum is rather comprehensive in addressing the issue of complete diversity. Therefore, for the reasons stated in defendant's Vested Interest, Co.'s papers submitted in opposition to the motion, MX Technologies, Inc. respectfully requests that the plaintiff's motion for remand be denied.

Respectfully,

Robert J. Cecala (RJC5886)
RJC:ba