UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INV ACCELERATOR, LLC,<br><br>                         Plaintiff,<br><br>-against-<br><br>VESTED INTEREST CO. D/B/A GOLDBEAN, MX TECHNOLOGIES, INC. and JANE BARRATT<br><br>                        Defendants. | Case No. 1:19-cv-02276-AJN<br><br>**STIPULATION AND ORDER OF WITHDRAWAL OF PLAINTIFF'S <u>MOTION TO REMAND</u>** |

      Plaintiff INV Accelerator, LLC ("Plaintiff") and defendants MX Technologies, Inc. ("MX") and Vested Interest Co. d/b/a GoldBean ("GoldBean," and together with MX, "Defendants"), by and through their undersigned counsel, hereby enter into this Stipulation and Order of Withdrawal of Plaintiff's Motion to Remand as of the date it is executed by the parties and effective upon order of the Court.

      WHEREAS, Plaintiff commenced the above-captioned action (the "Action") on February 7, 2019 in the Supreme Court of the State of New York, County of New York;

      WHEREAS, GoldBean removed the Action to this Court on March 13, 2019;

      WHEREAS, Plaintiff filed a motion to remand the Action to the Supreme Court of the State of New York (the "Motion to Remand") on March 29, 2019;

      IT IS HEREBY STIPULATED AND ORDERED that Plaintiff hereby withdraws the Motion to Remand.

Dated: New York, New York
      May 10, 2019

| | |
|---|---|
| OLSHAN FROME WOLOSKY LLP | MULLEN P.C. |
| By: _____<br>    Renée M. Zaytsev<br>    Katelyn J. Patton<br>    *Attorneys for Plaintiff*<br>    *INV Accelerator, LLC*<br>    1325 Avenue of the Americas<br>    New York, New York 10019<br>    (212) 451-2300 | By: _____<br>    Wesley M. Mullen<br>    *Attorneys for Defendant Vested*<br>    *Interest Co. d/b/a GoldBean*<br>    200 Park Avenue, Suite 1700<br>    New York, New York 10166<br>    (646) 632-3718 |

AARONSON RAPPAPORT FEINSTEIN &
DEUTSCH, LLP

By: _____
    Robert J. Cecala
    Olga Aleinik
    *Attorneys for Defendant MX*
    *Technologies, Inc.*
    600 Third Avenue
    New York, New York 10016
    (212) 593-6700

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Dated: May ___, 2019

5008692-2