UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INV ACCELERATOR, LLC,

                         Plaintiff,

      -against-

VESTED INTEREST CO. et al.,

                        Defendants.

-----------------------------------------------------------------X

**SCHEDULING ORDER**

**19-CV-2276 (AJN)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/22/2020

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for General Pretrial purposes and Settlement. A pre-motion conference in connection with Defendants' anticipated motion to compel is hereby scheduled for **February 5, 2020 at 12:15 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      SO ORDERED.

Dated: January 22, 2020
       New York, New York

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge