UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

INV ACCELERATOR, LLC,

                                  Plaintiff,

                 -against-

VESTED INTEREST CO. et al.,

                                 Defendants.

-------------------------------------------------------------------X

**ORDER**

**19-CV-2276 (AJN) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/20

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On February 5, 2020, the parties appeared for a case management conference. The following order is entered:

**Discovery.** The deadline for fact and expert discovery is extended to **May 1, 2020**. The parties shall produce documents identified in their initial disclosures by **February 21, 2020**. The parties shall produce the first tranche of documents to which there have not been objections raised by **February 21, 2020**. The parties shall produce the second tranche by **March 13**. Any privilege logs should be provided by **March 20, 2020**. Interim deadlines may be modified by the parties without further application to the Court.

**Status Conference.** A status conference in this matter is hereby scheduled for **March 26, 2020 at 4:00 p.m.** The parties shall file a letter identifying the issues to be raised at the conference by no later than **March 24, 2020**.

SO ORDERED.

Dated: February 6, 2020
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge