```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

INV ACCELERATOR, LLC,

                               Plaintiff,

            -against-

VESTED INTEREST CO. et al.,

                              Defendants.

```
-----------------------------------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:___ DATE FILED: 03/18/20**

**ORDER**

**19-CV-2276 (AJN) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       In light of the national emergency, the status conference in this matter scheduled for April 23, 2020 is hereby adjourned.  In lieu of a conference, the parties are directed to file a joint letter to update the Court as to the status of the case.

SO ORDERED.

Dated: March 16, 2020
        New York, New York

                                                   _____
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge