UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INV Accelerator, LLC,<br><br>      Plaintiff,<br><br>  –v–<br><br>Vested Interest Co., *et al.*,<br><br>      Defendants. | 19-cv-2276 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

  In light of the stay granted by Judge Parker, the case management conference scheduled for August 7, 2020 is hereby adjourned *sine die*. Once the deadline for fact discovery is reset, the case management conference will be rescheduled.

  SO ORDERED.

Dated: June __25__, 2020
    New York, New York

_____
    ALISON J. NATHAN
    United States District Judge