```
┌─────────────────────────────────────────┐
│ USDC SDNY                                 │
│ DOCUMENT                                  │
│ ELECTRONICALLY  FILED                     │
│ DOC #:_____           │
│ DATE FILED:__08/21/2020_____             │
└─────────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

INV ACCELERATOR, LLC,

                                     Plaintiff,

                         -against-

VESTED INTEREST CO. et al.

                                 Defendants.

-------------------------------------------------------------------X

**SCHEDULING ORDER**

**19-CV-2276 (AJN) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The parties' jointly proposed case management plan is adopted, with modifications,

and attached to this order.  Further, a telephonic Case Management Conference in this matter

case is hereby scheduled for **Wednesday, November 4, 2020 at 12:00 p.m.** Counsel for the

parties are directed to call Judge Parker's Chambers court conference line at the scheduled

time.  **Please dial (866) 434-5269, Access code: 4858267**.

      **SO ORDERED.**

Dated: August 21, 2020
       New York, New York

_____
   KATHARINE H. PARKER
   United States Magistrate Judge