UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2020
```

INV Accelerator, LLC,

               Plaintiff,

     –v–

Vested Interest Co., *et al.*,

              Defendants.

19-cv-2276 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

     A case management conference is hereby scheduled for Friday, December 11, 2020, at 3:15 PM.

     SO ORDERED.

Dated: August 24, 2020
       New York, New York

_____
          ALISON J. NATHAN
      United States District Judge