USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/01/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INV ACCELERATOR, LLC,

                Plaintiff,

    -against-

VESTED INTEREST CO. et al.,

                Defendants.

-----------------------------------------------------------------X

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**

19-CV-2276 (AJN)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Stipulation of Voluntary Dismissal filed on September 30, 2020 (doc. no 119) the Initial Case Management Conference currently scheduled for **November 4, 2020** is hereby adjourned *sine die*.

**SO ORDERED**.

Dated: October 1, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge